Entered on Docket
February 03, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 03, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Christopher N. Ransom, Jr.                Case No.: 10-74244 J7

Debtor(s)/                                        Chapter: 7

**ORDER VACATING ORDER OF DISMISSAL**

On 2/1/2011, the Clerk's Office entered the Order of Dismissal on the above captioned case in error.

In light of the above and good cause appearing,

    IT IS ORDERED that the Order of Dismissal in the above captioned case is vacated.

**END OF ORDER**

COURT SERVICE LIST

All Recipients